■ HAROLD W. INGRAHAM et al., Appellants, v COUNTY OF CHENANGO et al., Respondents.—Appeal from an order of the Supreme Court at Special Term (Tait, Jr., J.), entered June 26, 1985 in Chenango County, which, inter alia, denied plaintiffs' motion for summary judgment and granted defendant County of Chenango's cross motion for summary judgment dismissing the complaint.

Order affirmed, without costs, upon the opinion of Justice Albert E. Tait, Jr., at Special Term. Mahoney, P. J., Main, Mikoll, Yesawich, Jr., and Levine, JJ., concur.